# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

2014 AUG 13 PM 12:45

_JACKSONVILLE_ Division

CLERK, U.S. ...
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

### CIVIL RIGHTS COMPLAINT FORM

_WILLIE A. SMITH_                    CASE NUMBER: 3:14-CV-966-J-39JRK
                                      (To be supplied by Clerk's Office)

_____

(Enter full name of each Plaintiff and prison number, if applicable)

v.

_J.Q. PITTMAN_

_WILLIAM J. BENNETT_

_____

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).
_____/

## ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. **PLACE OF PRESENT CONFINEMENT:** _Columbia Correctional Institution Annex 253_
   (Indicate the name and location)
   _S.W. Corrections Way, Lake City FL 32025_

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES:** Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

III. **PREVIOUS LAWSUITS:**

DC 225 (Rev 2/2012)                     1

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?   Yes ( )   No (X)

B. Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?   Yes (X)   No ( )

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

   1. Parties to previous lawsuit:

      Plaintiff(s): __Willie A. Smith__

      Defendant(s): __C.O.I Hall et.al__

   2. Court (if federal court, name the district; if state court, name the county):
      __United States Middle District/Jacksonville Division__

   3. Docket Number: __3:14-CV-434-J-32 J.R.K.__

   4. Name of judge: __Hon. Timothy J. Corrigan__

   5. Briefly describe the facts and basis of the lawsuit: __The defendants would not allow Plaintiff to use latrine and forced Plaintiff to urinate on himself - for Retaliation for Writing Grievances__

   6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):
      __The Case was Dismissed without Prejudice/A motion to Alter or Amend Judgement was Submitted/A second Complaint was Filed__

   7. Approximate filing date: __?__

   8. Approximate disposition date: __?__

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

(1) **PARTIES TO PREVIOUS LAWSUIT**
  PLAINTIFF: Willie A Smith
  DEFENDANT: C.O. T. Hallchial
(2) COURT: United States Middle District / Jacksonville Division
(3) DOCKET NO: 3:14-CV-494-J-32 J.B.T.
(4) NAME OF JUDGE: Hon. Timothy J. Corrigan
(5) FACTS AND BASIS FOR LAWSUIT: Same as Case no# 3:14-CV-434-J-32JRK
(6) DISPOSITION: Case was Dismissed without PreJudice / no appeal was taken / new 1983 Complaint Submitted
(7) FILING DATE: 03-22-2014
(8) DISPOSITION DATE: 07-22-2014


(1) **PARTIES TO PREVIOUS LAWSUIT**
  PLAINTIFF: Willie A. Smith
  DEFENDANTS: SGT. Acree
(2) COURT: United States Middle District / Jacksonville Division
(3) DOCKET NO: 3:14-CV-519-J-25-J.B.T.
(4) NAME OF JUDGE: Hon. Henry Lee Adams Jr.
(5) FACTS AND BASIS OF LAWSUIT: Sgt Acree refused to allow Plaintiff to declare a Medical Emergency in Retaliation for Writing Grievances
(6) DISPOSITION: Dismissed without PreJudice - Complaint Resubmitted
(7) FILING DATE: 05-01-2014
(8) DISPOSITION DATE: 07-24-2014


(1) **PARTIES TO PREVIOUS LAWSUIT**
  PLAINTIFF: ~~~~~~~~ Willie A. Smith
  DEFENDANT: SGT. MERCER
(2) COURT: United States Middle District / Jacksonville Division
(3) DOCKET NO# 3:14-CV-896-J-34-JBT
(4) NAME OF JUDGE: Hon. Marcia Morales Howard
(5) FACTS AND BASIS FOR LAWSUITS: Sgt. Mercer Denied Allowing Plaintiff to declare a medical Emergency on 2 occasions in Retaliation for Plaintiff writing Grievances / made Racial death Threats at Plaintiff and wrote a Bogus D.R. on Plaintiff - And Introduced A weapon on Prison Grounds
(6) DISPOSITION OF CASE: Dismissed without PreJudice and

(2-A)

a Alter or Amend Judgement motion was Submitted

(7) FILING DATE: 07-29-2014

(8) DISPOSITION DATE: 07-31-2014

(1) PARTIES TO PREVIOUS LAWSUIT
   PLAINTIFF: Willie A. Smith
   DEFENDANT: C.O.I JAMES

(2) COURT: United States Middle District Court / Jacksonville Division

(3) NAME OF JUDGE: Hon. Monte C. Richardson

(4) DOCKET No#: 3:14-CV-616-J-32 M.C.R.

(5) FACTS AND BASIS FOR LAWSUIT: Defendant would not Allow Plaintiff to Declare A medical Emergency, when Plaintiff was having Chest Pains in Retaliation for Plaintiff writing Grievances

(6) DISPOSITION DATE: Case Still Pending

(7) Filing Date: 05-22-2014

(8) DISPOSITION DATE: NONE

(1) PARTIES TO PREVIOUS LAWSUIT
   PLAINTIFF: Willie A. Smith
   DEFENDANT: Melanee Combs et al.

(2) COURT: United States Middle District / Jacksonville Division

(3) DOCKET No# 3:14-CV-301-J-25-J.BT.

(4) NAME OF JUDGE: ?

(5) FACTS AND BASIS FOR LAWSUIT: Plaintiff was advised by Defendant that he was on the Administrations Shit List for writing Grievances / Gave Plaintiff a Retaliatory D.R. Made Racial Death Threats / threaten to have a Prison Gang Beat up Plaintiff

(6) Disposition: Dismissed without Pre Judice / Alter or Amend Judgement motion was Submitted.

(7) FILING DATE: 03-18-2014

(8) DISPOSITION DATE: 04-23-2014

(2-B)

identify these suits below by providing the case number, the style, and the disposition of each case: _Plaintiff will Stipulate-That Plaintiff is a 3 Striker and only Proceed without Pre Payment of Court Fees is to be deemed to be in Imminent Danger._

IV. **PARTIES**: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: _Willie A. Smith_

Mailing address: _Columbia Correctional Institution Annex-253 S.w Corrections way Lake City Fl. 32025_

B. Additional Plaintiffs: _NONE_

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: _J.D. Pittman_

Mailing Address: _Columbia Correctional Institution Annex, 253 Sow Corrections way Lake City Fl. 32025_

Position: _Classification Specialist_

Employed at: _Columbia Correctional Institution Annex_

D. Defendant: _William T. Bennett._

Mailing Address: _Columbia Correctional Institution Annex, 253 S.w Corrections Way, Lake City, Fl. 32025_

DC 225 (Rev 2/2012)                                    3

Position: Lieutenant

Employed at: Columbia Correctional Institution Annex

E. Defendant: NONE

Mailing Address: NONE

Position: NONE

Employed at: NONE

F. Defendant: NONE

Mailing Address: NONE

Position: NONE

Employed at: NONE

G. Defendant: NONE

Mailing Address: NONE

Position: NONE

Employed at: NONE

V. **STATEMENT OF CLAIM**: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. **Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.**

The Defendants Denied Plaintiff Adequate Due Process in the D.R. Hearing where C.O. Z. Mercer Made - Manufactured or Introduced a Weapon on Prison Grounds to Arrest Plaintiff - In Retaliation for writing Grievances.

VI. **STATEMENT OF FACTS**: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

(1) On 07-23-2014 Sgt. Mercer wrote a D.R. for Plaintiff, Stating that Plaintiff had Possessed a Weapon - and it was found in Plaintiffs' Locker

(2) In the D.R. Statement of Facts - it stated that Sgt. Mercer was the only Staff member Present - and that it was a piece of metal with a string attached

(3) My Witness Statement Consisted of the fact that C.O. Z Mercer - Told me that he was going to write a Bogus D.R. in Retaliation for me writing Grievances on him and because I was on the Administrations Sh-t List. And that I Should Lay down And Die Somewhere, and he Called me all types of Niggers

(4) My witness statement Required that the D.R. be sent to the Prison Inspector, where Sgt. Mercer had admitted to Introducing, manufacturing or making a weapon on the Prison Grounds for the Purpose of A Bogus D.R. - And this issue Deprived the D.R. Hearing Team of Jurisdiction over the D.R. - But - This was not submitted to the Prison Inspector for Review.

(5) I also Pointed out the fact that - C.O. I Minich and C.O. I Martelli are staff members whose names should have been in the D.R.'s Statement of facts and wasn't - where C.O. I Minich and C.O. I Martelli Both made witness statements that they were Present - And this issue called for the Dismissing of the D.R. - But - The defendants Did not Dismiss the D.R.

(6) I Also Pointed out to the D.R. Hearing Team what Sgt. Mercer had described in the D.R. was Contraband and only because he wanted to say that it was weapon - Does not mean that it's a weapon because it looked like the Piece of Metal that Sgt. Gardner had to clean out the lines in the Pre fab Floor Joints where sand and Trash had Accumulated - and he did not see me use the Piece of Metal that he Described as A Weapon - And there is No evidence that I would've used it As a weapon

The D.R. Team found me Guilty None-The-Less Because I am on the Administrations Sh-t List.

VII. **RELIEF REQUESTED**: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

Plaintiff seeks to be Deemed in Imminent Danger

Plaintiff Seeks an Injunction for Protection

Plaintiff Seeks $50,000.00 Compensatory Damages from each Defendant

Plaintiff Seeks $50,000.00 Punitive Damages from each Defendant

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this 11th day of August, 2014.

*Willie A. Smith*

(Signatures of all Plaintiffs)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☐ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the 11th day of August, 2014.

DC 225 (Rev 2/2012)

7

## ARGUMENT IN SUPPORT OF COMPLAINT

Plaintiff has Alleged that he is on the Administration's Sh-t List for writing Grievances - And that mean- Just that All staff members Are Against Plaintiff to the Point where they would turn their Back if the saw other Inmates Attacking Plaintiff, and they would turn a Deaf ear. If Plaintiff was having a heart Attack, had Broken an Arm or Leg, was Suffocating, or was Bleeding Profusely

Sgt. Mercer Claimed that he was going to Put me Somewhere I would be out of every one's hair and that is and was Confinement on A Bogus D.R. And the Defendants Denied me Adequate Due Process and the Benefit of an Impartial Tribunal when finding Plaintiff Guilty of Possessing a weapon - when there is no evidence that the Contraband was used As A weapon - See O BRyant-vs-Finch 637 F.3d 1207 (11th Cir. 2011) Stating that there had to be Adequate Due Process with a Impartial Tribunal and no evidence that the Prison officials were motivated to Discipline Plaintiff because of his other grievances

The Imminent Danger is that Plaintiff has been Placed in Confinement where Any Pleas for help or any type of Emergency Medical Assistance can be Ignored to the Detriment and Demise of Plaintiff. And this is in lieu of the Conduct of the Defendants in the other cases of Plaintiff that is not Reflecting Isolated Conduct - But- is Reflecting ongoing Retaliatory conduct that is Almost Criminal where Sgt. Mercer - Introduced, Manufacture or made the So called weapon on Prison Grounds to Accost Plaintiff with- But- The entire Complaint Do not have to Reflect-the Danger. See Andrews-vs-Cervantes-493 F.3d 1047 (9th Cir. Cal 2007) At [3] - Plaintiff may be deemed in Imminent Danger if any Part of the Complaint Reflects Such.

```
                        FLORIDA DEPARTMENT OF CORRECTIONS              07/29/2014
    ISS0158 (14)              DISCIPLINARY REPORT                      PAGE   1
                              HEARING INFORMATION
                              LOG # 251-140993
------------------------------------------------------------------------------
   DC#: 040330    INMATE NAME: SMITH, WILLIE A.         N4113L INFRACTION
   VIOLATION CODE: 0031   TITLE: POSS OF WEAPONS        DATE: 07/23/2014
   FACILITY CODE: 251     NAME: COLUMBIA ANNEX          TIME: 12.45
------------------------------------------------------------------------------
            TEAM    FINDINGS AND ACTION    DATE: 07/29/2014, AT: 06.20
            INMATE OFFERED STAFF ASSISTANCE: DECLINED
            INMATE PLEA: NOT GUILTY   FINDINGS: GUILTY
            INMATE PRESENT: YES
    POSTPONEMENT:
    BASIS FOR DECISION:
            BASED ON ALL FACTS DERIVED FROM THE DISCIPLINARY
            INVESTIGATIVE REPORT, WITNESS STATEMENTS, AND SERGEANT
            MERCER'S STATEMENT IN SECTION ONE OF THE DISCIPLINARY REPORT
            WHICH STATES IN PART: I ENTERED P-DORMITORY WING TWO (2) TO
            CONDUCT A SEARCH OF INMATE SMITH, WILLIE DC# 040330 PERSON
            AND LOCKER. WHEN I OPENED THE LOCKER I OBSERVED A WEAPON
            FASHIONED FROM A PIECE OF METAL WITH A WHITE STRING ATTACHED
            END OF IT FOR A HANDLE IN LYING IN THE BOTTOM OF HIS LOCKED
            LOCKER. INMATE SMITH MADE A VERBAL STATEMENT DURING TH E
            DISCIPLINARY HEARING WHICH WAS TAKEN INTO CONSIDERATION
            PRIOR TO A DECISION BEING MADE BY THE DISCIPLINARY HEARING
            TEAM.  INMATE SMITH WAS FURNISHED A COPY OF THESE FINDINGS.
            ADMINISTRATIVE CONFINEMENT TIME REVIEWED AND CONSIDERED BY
            THE DISCIPLINARY HEARING TEAM AT THE TIME OF THE HEARING.
            INMATE WAS ADVISED HE HAD 15 DAYS TO APPEAL THE TEAM'S
            DECISION ON A DC1-303 REQUEST FOR ADMINISTRATIVE REMEDY OR
            APPEAL FORM. PHOTOGRAPHS OF THE EVIDENCE WERE PROVIDED TO
            THE HEARING TEAM AND WILL REMAIN WITH THIS
            REPORT.DISPOSITION OF EVIDENCE WAS DONE SO IN ACCORDANCE
            WITH POLICY AND PROCEDURES.

    ACTIONS TAKEN:
      DISCIPLINARY CONFINEMENT:   60; PROBATION DAYS SET:   0 CONSECUTIVE

      RESTITUTION:        $.00; INDIV.REVIEW/COUNSEL?:'N; CONFISCATE CONTRABAND?: N

    TEAM CHAIRMAN:    PJD27 - PITTMAN,J.D.
    TEAM MEMBERS:     BWJ07 - BENNETT, WILLIAM J.           -
------------------------------------------------------------------------------
------------------------------------------------------------------------------
```